UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 10/30/2015    **Case No.** 4:13CV1888 TCM

Donald Wood    v.    Robert Bosch Tool Corp.

**Judge** Honorable Thomas C. Mummert, III

**Court Reporter** FTR    **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Eric Pearson

**Attorneys for Defendant(s)** J. Phillip Bryant, Joseph Switzer, Patrick Clyder

**Parties present for** Final pretrial conference held in chambers.  Rulings on motions in limine ruled on the record in the Courtroom.
Motions in limine [138], [141], [154], [168], [170], and [172] are Granted by consent.  Motions in limine [156], [166], and [192] are Granted.  Motions in limine [140], [143], [148], [150], [152], [158], [160], [162], and [164] are Denied. Motion in limine [146] denied as moot.

Jury Trial to commence November 2, 2015 at 9:00 a.m.

Attorneys Present : _____

Proceedings commenced:    1:00 p.m.

Proceedings concluded:    4:00 p.m.