# United States District Court
EASTERN DISTRICT OF MISSOURI

DONALD WOOD

       Plaintiff,

              v.                    CASE NUMBER: 4:13CV1888 TCM

ROBERT BOSCH TOOL CORPORATION

       Defendant.

## AMENDED
## JUDGMENT IN A CIVIL CASE

☒    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has returned its verdict.

☐    **Directed Verdict.**  This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    On the claim of Plaintiff Donald Wood for personal injury based on product defect, the jury finds as follows: Defendant Robert Bosch Tool Corporation 40% and Plaintiff Donald Wood 60%. On the claim of Plaintiff Donald Wood for personal injury based on negligence, the jury find as follows: Defendant Robert Bosch Tool Corporation 20% and Plaintiff Donald Wood 80%. The jury finds the total amount of plaintiff's damages disregarding any fault on the part of plaintiff to be $100.000.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Donald Wood recover from Defendant Robert

Bosch Tool Corporation the total amount of $40,000.00.

                                                                Gregory J. Linhares
                                                                CLERK OF COURT

November 16, 2015
DATE

                                  By:    /s/ *Melanie Berg*
                                                  DEPUTY CLERK